**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Joseph Edward SANCHEZ, Petitioner**

**No. 175 MAL 2017**

Supreme Court of Pennsylvania.

August 23, 2017

## ORDER

PER CURIAM

**AND NOW,** this 23rd day of August, 2017, the Petition for Allowance of Appeal is **DENIED.**